## PETITION OF JAMES FITZPATRICK.

FOR A MANDAMUS TO THE COURT OF QUARTER SESSIONS OF
PHILADELPHIA COUNTY.

Presented May 27, 1891—Refused May 27, 1891.

Before Paxson, C. J., Sterrett, Green, Clark, Williams and Mitchell, JJ.
No. 000 July Term 1891, Sup. Ct.

On May 27, 1891, James Fitzpatrick presented his petition to the Supreme Court for a writ of alternative mandamus directed to the judges of the Court of Quarter Sessions of Philadelphia county. The facts averred were substantially the same as those averred in McNulty's Pet., ante, 475, except that in this case a remonstrance against the granting to the petitioner of a wholesale license to sell liquors had been filed, but in refusing the application the court below did not make reference to said remonstrance.

*Mr. John D. Yarrow,* for the petitioner.

Per Curiam:
Writ of alternative mandamus refused.